**Via ECF**

Hon. Vernon S. Broderick
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J. 3/23/2020
>
> Defendant Wilmington Trust N.A.'s motion for partial summary judgment is administratively denied with leave to refile should the parties fail to finalize their settlement. The Clerk is directed to terminate the open motion at Document 84.

Re: *Scalia v. Wilmington Trust, N.A.*, No. 1:17-cv-6325-VSB–KNF
Sixth Joint Letter re: Notice of Settlement in Principle and Request to Extend Deadlines

Dear Judge Broderick:

Plaintiff Eugene Scalia, U.S. Secretary of Labor, and Defendant Wilmington Trust, N.A., write to request a sixth—and they hope final—extension of the briefing schedule on Wilmington's Motion for Partial Summary Judgment so that the parties can continue negotiating final aspects of their settlement. The Court most recently extended the briefing schedule such that the Secretary's opposition brief is due on March 28, 2020 and Wilmington's reply is due on April 18, 2020. Dkt No. 99. The parties continue to engage in high-level negotiations over the few outstanding issues that have been hindering a final agreement, and hope to reach a final accord soon. Accordingly, the parties request that the Court extend the briefing schedule on Wilmington's Motion for Partial Summary Judgment such that Secretary's opposition brief would be due on April 30, 2020, and Wilmington's reply would be due on May 21, 2020.

Respectfully Submitted,

| | |
|---|---|
| /s/ Jeffrey Hahn | /s/ Michael Prame |
| Stephen Silverman | Michael Prame |
| Robert L. Furst | Mark Nielsen |
| Kira Hettinger | Andrew Salek-Raham |
| Jeffrey Hahn | GROOM LAW GROUP, CHARTERED |
| Office of the Solicitor | 1701 Pennsylvania Ave. NW |
| U.S. Department of Labor | Washington, DC 20006 |
| P.O. Box 1914 | Telephone: (202) 861-0620 |
| Washington, D.C. 20013 | Facsimile: (202) 659-4503 |
| Tel: (202) 693-5623 | Email: mnielsen@groom.com |
| Fax: (202) 693-5610 | *Attorneys for Wilmington Trust, N.A.* |
| Email: hahn.jeffrey.m@dol.gov | |
| *Attorneys for the Secretary* | |