UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE SCALIA, Secretary of Labor United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> WILMINGTON TRUST, N.A., et al. <br><br> Defendants. | No. 1:17-cv-6325-VSB |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

Plaintiff Eugene Scalia and Defendant Wilmington Trust, N.A., have reached a settlement and memorialized it in a written agreement. The HCMC Legal, Inc. Employee Stock Ownership Plan was named as a defendant pursuant to Federal Rule of Civil Procedure 19(a) solely to assure that complete relief can be granted, and is not a signatory to the agreement. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and request that the above-captioned matter be dismissed, with prejudice, with each party to bear his/its own attorneys' fees and costs.

Dated: April 30, 2020

        Respectfully Submitted,

        /s/ Jeffrey Hahn
        _____
        Jeffrey Hahn
        Stephen Silverman
        Kira Hettinger
        Office of the Solicitor
        U.S. Department of Labor
        P.O. Box 1914
        Washington, D.C. 20013
        Tel: (202) 693-5695
        Fax: (202) 693-5610
        Email: hahn.jeffrey.m@dol.gov
        *Attorneys for the Secretary*


        /s/ Michael Frame
        _____
        Michael Frame
        Mark Nielsen
        Andrew Salek-Raham
        GROOM LAW GROUP, CHARTERED
        1701 Pennsylvania Ave. NW
        Washington, DC 20006
        Telephone: (202) 861-0620
        Facsimile: (202) 659-4503
        Email: mjp@groom.com
        *Attorneys for Wilmington Trust, N.A.*